MICHAEL J. HEYMAN
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN MICHAEL PORTER and<br>MADISYN JANE WALLACE,<br><br>Defendants. | No. 4:26-cr-00021-RRB-SAO<br><br><u>COUNT 1</u><br>CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>Vio. of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(E)<br><br><u>COUNT 2</u><br>ATTEMPT TO PROVIDE CONTRABAND TO AN INMATE IN PRISON<br>Vio. of 18 U.S.C. § 1791(a)(1), (b)(3)<br><br><u>COUNT 3</u><br>ATTEMPT TO OBTAIN CONTRABAND BY AN INMATE IN PRISON<br>Vio. of 18 U.S.C. § 1791(a)(2), (b)(3) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

Beginning at some exact time unknown, but at least on or before September 16, 2026, and continuing until at least September 21, 2026, within the District of Alaska, the defendants, JUSTIN MICHAEL PORTER and MADISYN JANE WALLACE, and others both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree with one another to distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving Buprenorphine Hydrochloride and Naloxone Hydrochloride commonly known as Suboxone, a schedule III controlled substance.

All of which is in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(E).

COUNT 2

Beginning at some exact time unknown, but at least on or before September 16, 2026, and continuing until at least September 21, 2026, within the District of Alaska, the defendant, MADISYN JANE WALLACE, contrary to 21 U.S.C. §§ 841, 846, knowingly attempted to provide a prohibited object, namely Buprenorphine Hydrochloride and Naloxone Hydrochloride, commonly known as Suboxone, a schedule III controlled substance, and marijuana, to JUSTIN MICHAEL PORTER, an inmate of Fairbanks Correctional Center, a facility housing federal inmates by direction of and pursuant to a contract and agreement with the United States Attorney General.

All of which is in violation of 18 U.S.C. § 1791(a)(1), (b)(3).

COUNT 3

Beginning at some exact time unknown, but at least on or before September 16, 2026, and continuing until at least September 21, 2026, within the District of Alaska, the defendant, JUSTIN MICHAEL PORTER, being an inmate of Fairbanks Correctional Center, a facility housing federal inmates by direction of and pursuant to a contract and agreement with the United States Attorney General, knowingly attempted to obtain a prohibited object, namely Buprenorphine Hydrochloride and Naloxone Hydrochloride, commonly known as Suboxone, a schedule III controlled substance, and marijuana.

All of which is in violation of 18 U.S.C. § 1791(a)(2), (b)(3).

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney

DATE: 10/20/26